UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                                    CASE NO.: 14-16183-AJC

**Elsa A. Osorio-Guevara**
**and Alberto Perez,**                                                          Chapter 13

     Debtors.
_____/

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true and correct copy of the below Notice/Objection was served this 4th day of August 2014, to:

- **Wells Fargo Bank, N.A.,** PO Box 10335, Des Moines, IA 50306
- **United Consumer Financial Services,** C T Corporation System 1200 South Pine Island Road, Plantation FL 33324
- **Nancy K. Neidich**, Trustee, via CM/ECF Notice
- **Office of the U.S. Trustee**, via CM/ECF Notice

Notice/Objection served is as follows:

1. Notice of Hearing (DE#95)
2. Objection to Claim (DE#94)

## CERTIFICATE OF ADMISSION

     I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set fourth in Local Rule 2090-1(A).

     **ABRAMS & ABRAMS, P.A.**
     Attorneys for Debtor(s)
     9300 S.W. 87th Ave., Ste 5
     Miami, FL 33176
     Telephone: (305) 598-1880
     Facsimile: (305) 598-1881

     */s/DAVID S. ABRAMS, ESQ.*
     **DAVID. S. ABRAMS, ESQ.**
     **Florida Bar No.: 884405**