UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

ELSA A. OSORIO-GUEVARA         Case No. 14-16183-AJC
ALBERTO PEREZ ,

   Debtors.                          Chapter 13
_____/

## RESPONSE TO DEBTORS' OBJECTION
## TO CLAIM NO. 7

COMES NOW WELLS FARGO BANK, N.A., D/B/A WELLS FARGO FINANCIAL NATIONAL BANK(hereinafter "WELLS FARGO"), by and through undersigned counsel, and hereby responds to the Debtors' Objection to Claim No. 7 [Docket No. 94], and states:

1.    Wells Fargo objects to the issues raised in the Objection and requests the Court to set this matter for preliminary hearing.

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

                                                   /s/DENNIS J. LEVINE, ESQ.
                                                   DENNIS J. LEVINE, ESQ.
                                                   Fla. Bar No. 375993
                                                   DAVID E. HICKS, ESQ.
                                                   Fla. Bar No. 0368245
                                                   ALISON VERGES WALTERS, ESQ.
                                                   Fla. Bar No. 0679402
                                                   DENNIS LeVINE & ASSOCIATES, P.A.
                                                   P.O. Box 707
                                                   Tampa, FL 33601-0707
                                                   (813) 253-0777
                                                   (813) 253-0975 (fax)
                                                   Attorneys for Wells Fargo

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Response to Objection to Claim has been furnished either by electronic or standard first class mail to the parties listed below on this 14th day of August, 2014.

/s/DENNIS J. LEVINE, ESQ.

Elsa A. Osorio-Guevara and Alberto Perez
18715 SW 99 Road
Miami, FL 33157

David S Abrams, Esq.
9300 SW 87 Ave #5
Miami, FL 33176

Nancy K. Neidich, Trustee
P.O. Box 279806
Miramar, FL 33027