

ORDERED in the Southern District of Florida on August 21, 2014.

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

In re:                                                          Case No. 14-16183-AJC
                                                                Chapter 13
ELSA OSORIO and
ALBERTO PEREZ

_____Debtors_____/

## ORDER SUSTAINING OBJECTION TO CLAIM

THIS CAUSE having come before the court on August 19, 2014, upon the Debtor's Objection to Claim and this court having considered the basis for the objection to the claim, and for other good grounds shown, it is

**ORDERED** and **ADJUDGED** as follows:

1. That the Debtor's objection to the following claim is sustained.

2. That Claim No.: 2, held by United Consumer Financial Services shall be disallowed.

*###*

**Submitted by:**
Kennneth S. Abrams, Esq.
**ABRAMS & ABRAMS, P.A.**
Attorneys for Debtor(s)
9300 S.W. 87th Ave., Ste 5
Miami, FL 33176

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).